HARMEET K DHILLON, ESQ. (SBN:207873)
DAVID LIHWEI LIN, ESQ. (SBN:243448)
DHILLON & SMITH
214 Grant Avenue, Suite 400
San Francisco, CA 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Defendants Sukpran Gill
and Gurmeet Gill

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### (Oakland Division)

| | |
|---|---|
| BASKIN-ROBBINS FRANCHISED SHOPS LLC and BR IP HOLDER LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SUKPRAN GILL and GURMEET GILL, <br><br> Defendants. | **Case No. C07-02441** <br><br> **STIPULATED REQUEST FOR ORDER EXTENDING TIME IN WHICH DEFENDANTS MAY RESPOND TO COMPLAINT** |

It is hereby stipulated and agreed by and between the parties, through their respective undersigned counsel that the defendants shall have to and including July 6, 2007, to answer, move or otherwise response to the Complaint in the above-entitled action.

The instant lawsuit was filed by Baskin-Robbins Franchised Shops LLC and BR IP Holder LLC ("Plaintiffs") on May 7, 2007 in the United States District Court for the Northern District of California. Process was personally served upon Sukpran Gill and Gurmeet Gill ("Defendants") on on or about May 27, 2007 and Defendants identified and retained counsel as expeditiously as possible following service. Because the required time for Defendants to respond to the Complaint is imminently approaching and because Defendants' lead counsel has travel and schedule conflicts

---

STIPULATION AND REQUEST FOR ORDER EXTENDING TIME IN WHICH DEFENDANTS MAY RESPOND TO COMPLAINT
*Baskin-Robbins Franchised Shops, et al. v. Gill*
C07-02441

Page 1

1 that conflict with the response deadline of June 18, Defendants have requested that Plaintiffs allow
2 Defendants additional time to respond to the Complaint.  Plaintiffs, by and through their counsel,
3 have agreed to extend the response time until July 6, 2007.

4     The extension of time requested by Defendants will not affect the overall progression of
5 the instant action. It is therefore respectfully requested that the Court issue an order extending the
6 time in which Defendants may answer or make motion in response to the Complaint.

7     IT IS SO STIPULATED.
8     DATED: June 19, 2007.

DHILLON & SMITH

By: _____
Harmeet K. Dhillon
Attorneys for Sukpran Gill and Gurmeet Gill

GRAY PLANT MOOTY

By: _____
Jeffrey Karlin
Attorneys for Baskin-Robbins Franchised Shops LLC
and BR IP Holder LLC

STIPULATION AND REQUEST FOR ORDER EXTENDING TIME IN WHICH DEFENDANTS MAY RESPOND TO COMPLAINT
*Baskin-Robbins Franchised Shops, et al. v. Gill*
C07-02441

Page 2