HARMEET K DHILLON, ESQ. (SBN:207873)
DAVID LIHWEI LIN, ESQ. (SBN:243448)
DHILLON & SMITH
214 Grant Avenue, Suite 400
San Francisco, CA 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Defendants Sukpran Gill
and Gurmeet Gill

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### (Oakland Division)

| | |
|---|---|
| BASKIN-ROBBINS FRANCHISED SHOPS LLC and BR IP HOLDER LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SUKPRAN GILL and GURMEET GILL,<br><br>Defendants. | Case No. C07-02441<br><br>[~~PROPOSED~~] ORDER EXTENDING TIME IN WHICH DEFENDANTS MAY ANSWER OR MAKE MOTION |

Upon review of the Stipulated Request for Order Extending Time in which Defendants May Answer or Make Motion submitted by the parties, through their respective counsel, and good cause appearing therefore,

IT IS HEREBY ORDERD that Defendants have until July 6, 2007 to respond to Plaintiffs' Complaint.

IT IS SO ORDERED.

DATED: 6/20/07

_____
[signed] Judge Jeffrey S. White
United States District Judge
for Judge Phyllis J. Hamilton

[PROPOSED] ORDER EXTENDING TIME IN WHICH DEFENDANTS MAY ANSWER OR MAKE MOTION
*Baskin-Robbins Franchised Shop, et al. v. Gill*
C07-02441