HARMEET K DHILLON, ESQ. (SBN:207873)
DAVID LIHWEI LIN, ESQ. (SBN:243448)
DHILLON & SMITH
214 Grant Avenue, Suite 400
San Francisco, CA 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Defendants Sukpran Gill
and Gurmeet Gill

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASKIN-ROBBINS FRANCHISED SHOPS LLC and BR IP HOLDER LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>SUKPRAN GILL and GURMEET GILL,<br><br>    Defendants. | **Case No. C07-02441**<br><br>**STIPULATED REQUEST FOR ORDER CONTINUING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Motion for Preliminary Injunction<br><br>Date: 07/25/07<br>Time: 9:00am<br>Ctrm: 3 |

It is hereby stipulated and agreed by and between the parties, through their respective undersigned counsel, that above-captioned matter currently set for hearing for Plaintiff's Motion for Preliminary Injunction on July 25, 2007 should be continued to August 1, 2007.

The instant lawsuit was filed by Baskin-Robbins Franchised Shops LLC and BR IP Holder LLC ("Plaintiffs") on May 7, 2007 in the United States District Court for the Northern District of California. Process was personally served upon Sukpran Gill and Gurmeet Gill ("Defendants") on or about May 27, 2007 and Defendants identified and retained counsel as expeditiously as possible following service. Because the required time for Defendants to respond to the Complaint was imminently approaching and because Defendants' lead counsel has travel and schedule conflicts

1  with the response deadline of June 18, Defendants entered into a stipulation with Plaintiffs
2  requesting this Court to extend the response time until July 6, 2007; the request was granted.
3  Since that time, Plaintiffs and Defendants have been trying to resolve the disputes between the
4  parties through settlement which might have render this legal proceeding unnecessary. Because of
5  these settlement discussions, counsel for Defendants has not had sufficient time to explore the
6  issues involved in the preliminary injunction motion. Defendants therefore requested Plaintiff to
7  allow Defendants additional time to prepare for the hearing of Plaintiffs' motion and Plaintiffs'
8  counsel agreed.

    The extension of time requested by Defendants will not affect the overall progression of the instant action.

    It is therefore respectfully requested that the Court issue an order extending the time in which Defendants may answer or make motion in response to the Complaint.

    IT IS SO STIPULATED.

    DATED: July 5, 2007.

DHILLON & SMITH

By: _____
Harmeet K. Dhillon
Attorneys for Sukpran Gill and Gurmeet Gill


SEYFARTH SHAW LLP

By: _____
Maria C. Rodriguez
Attorneys for Baskin-Robbins Franchised Shops LLC
and BR IP Holder LLC

---

STIPULATION AND REQUEST FOR ORDER EXTENDING TIME TO FILE AND SERVE OPPOSITION PAPERS

*Baskin-Robbins Franchised Shops, et al. v. Gill*
C07-02441

Page 2