HARMEET K DHILLON, ESQ. (SBN:207873)
DAVID LIHWEI LIN, ESQ. (SBN:243448)
DHILLON & SMITH
214 Grant Avenue, Suite 400
San Francisco, CA 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Defendants Sukpran Gill and
Gurmeet Gill

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASKIN-ROBBINS FRANCHISED SHOPS LLC and BR IP HOLDER LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SUKPRAN GILL and GURMEET GILL,<br><br>Defendants. | **Case No. C07-02441**<br><br>[~~PROPOSED~~] ORDER CONTINUING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION<br><br>Motion for Preliminary Injunction<br><br>Date: 07/25/07<br>Time: 9.00am<br>Ctrm: 3 |

Upon review of the Stipulated Request for Order Continuing Plaintiffs' Motion for Preliminary Injunction submitted by the parties, through their respective counsel, and good cause appearing therefore,

IT IS HEREBY ORDERD:

1. The motion hearing set for July 25, 2007 is vacated; and,

2. The motion hearing is now rescheduled for August 1, 2007 at 9:00 a.m. in Court Room 3.

3. The parties shall adjust the dates for the hearing of the motion.

///

///

[PROPOSED] ORDERCONTINUING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
*Baskin-Robbins Franchised Shop, et al. v. Gill*
C07-02441

1  IT IS SO ORDERED.

2  DATED: 7/6/07

4  United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

28  [PROPOSED] ORDER CONTINUING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
*Baskin-Robbins Franchised Shop, et al. v. Gill*
C07-02441