1  HARMEET K DHILLON, ESQ. (SBN:207873)
   DAVID LIHWEI LIN, ESQ. (SBN:243448)
2  DHILLON & SMITH
   214 Grant Avenue, Suite 400
3  San Francisco, CA 94108
   Telephone: (415) 433-1700
4  Facsimile: (415) 520-6593

5
   Attorneys for Defendants Sukpran Gill and
6  Gurmeet Gill

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10

11 | BASKIN-ROBBINS FRANCHISED SHOPS     | Case No. C07-02441
   | LLC and BR IP HOLDER LLC,           |
12 |                                     | [~~PROPOSED~~] ORDER EXTENDING
   |        Plaintiffs,                  | TIME IN WHICH DEFENDANTS MAY
13 |                                     | RESPOND TO COMPLANT
14 |             v.                      |
15 | SUKPRAN GILL and GURMEET GILL,      |
16 |        Defendants.                  |

17
        Upon review of the Stipulated Request for Order Extending Time in which Defendants
18
   May Respond to Complaint submitted by the parties, through their respective counsel, and good
19
   cause appearing therefore,
20
        IT IS HEREBY ORDERD that Defendants have until July 20, 2007 to respond to
21
   Plaintiffs' Complaint.  It is further ordered that Defendants have until July ~~12~~ 11 to file and serve
22
   opposition papers to Plaintiff's Motion for Preliminary Injunction.
23
        IT IS SO ORDERED.
24
        DATED:  7/6/07
25

26                                              _____
                                                United States District Judge
27                                              Judge Phyllis J. Hamilton

28 [PROPOSED] ORDER EXTENDING TIME IN WHICH DEFENDANTS MAY ANSWER OR MAKE MOTION
   *Baskin-Robbins Franchised Shop, et al. v. Gill*
   C07-02441