Maria C. Rodriguez (SBN 194201)
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
mrodriguez@seyfarth.com
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Robert L. Zisk (SBN 07147)
Eric L. Yaffe (SBN 439750)
Jeffrey L. Karlin (SBN 144488)
GRAY, PLANT, MOOTY
MOOTY & BENNETT, P.A.
The Watergate
2600 Virginia Avenue, N.W., Suite 1111
Washington, D.C. 20037-1905
Telephone: (202) 295-2200
Facsimile: (202) 295-2250

Attorneys for Plaintiff
BASKIN-ROBBINS FRANCHISED
SHOPS LLC, a Delaware limited liability company,
BR IP HOLDER LLC, a Delaware limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| BASKIN-ROBBINS FRANCHISED SHOPS LLC, a Delaware limited liability company, BR IP HOLDER LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>SUKPRAN GILL, GURMEET GILL, and ISHER GILL, residents of California,<br><br>Defendants. | Case No. C07-02441-PJH<br><br>*Honorable Phyllis J. Hamilton*<br><br>**NOTICE OF WITHDRAWAL OF BASKIN-ROBBINS' MOTION FOR PRELIMINARY INJUNCTION WITHOUT PREJUDICE**<br><br>Date: *August 1, 2007*<br>Time: *9:00 a.m.*<br>Place: *Courtroom 3* |

**TO ALL PARTIES:**

PLEASE TAKE NOTICE that pursuant to Local Rule 7-16, Plaintiffs Baskin-Robbins Franchised Shops LLC and Baskin-Robbins IP Holder LLC ("Baskin-Robbins") hereby withdraws their Motion for Preliminary Injunction, filed on June 12, 2007, and noticed for hearing on August 1, 2007, without

---
**NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**
LA1 6645714.1

1  prejudice to renewing such motion, in view of the recent filing of its First
2  Amended Complaint.  Baskin-Robbins intends to file a renewed motion for
3  Preliminary Injunction on or before July 25, 2007.  The renewed motion for
4  Preliminary Injunction will take into account the new claim and new factual
5  allegations set forth in the First Amended Complaint.

DATED:  July 19, 2007                    SEYFARTH SHAW LLP

By   /s/ Maria Rodriguez

Maria C. Rodriguez
Attorneys for Plaintiffs

# PROOF OF SERVICE

STATE OF CALIFORNIA  )
                     )  ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3300, Los An**geles, California 90067-3063. On July 19, 2007, I served the within documents: NOTICE OF WITHDRAWAL OF BASKIN-ROBBINS' MOTION FOR PRELIMINARY INJUNCTION WITHOUT PREJUDICE**

☐ I sent such document from facsimile machine (310) 201-5219 on _____, 2007. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 201-5219 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

Jayne T. Kaplan
Attorney at Law
1112 Fair Oaks Avenue
South Pasadena, CA  91030
Tel: 415-433-1700
Fax: 415-433-1700

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made; executed on July 19, 2007, at Los Angeles, California.

/s/ Maritza Estrada

/54578-5