HARMEET K DHILLON, ESQ. (SBN:207873)
DAVID LIHWEI LIN, ESQ. (SBN:243448)
DHILLON & SMITH
214 Grant Avenue, Suite 400
San Francisco, CA 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Defendants Sukpran Gill
and Gurmeet Gill

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### (Oakland Division)

| | |
|---|---|
| BASKIN-ROBBINS FRANCHISED SHOPS LLC and BR IP HOLDER LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SUKPRAN GILL and GURMEET GILL,<br><br>Defendants. | **Case No. C07-02441**<br><br>**STIPULATION EXTENDING TIME IN WHICH DEFENDANTS MAY RESPOND TO COMPLAINT** |

It is hereby stipulated and agreed by and between the parties, through their respective undersigned counsel that the defendants shall have to and including August 13, 2007, to answer, move or otherwise respond to the Complaint in the above-entitled action.

The instant lawsuit was filed by Baskin-Robbins Franchised Shops LLC and BR IP Holder LLC ("Plaintiffs") on May 7, 2007 in the United States District Court for the Northern District of California. Process was personally served upon Sukpran Gill and Gurmeet Gill ("Defendants") on or about May 27, 2007 and Defendants identified and retained counsel as expeditiously as possible following service. Because the required time for Defendants to respond to the Complaint was imminently approaching and because Defendants' lead counsel has travel and schedule conflicts

with the response deadline of June 18, Defendants entered into a stipulation with Plaintiff requesting this Court to extend the response time until July 6, 2007; the request was granted. Since that time, Plaintiff and Defendants have been trying to resolve the disputes between the parties through settlement negotiations. On July 19, 2007, Plaintiff filed an Amended Complaint with this Court. Because of these settlement discussions and the fact that the Complaint has been amended raising new issues, counsel for Defendants has not had sufficient time to explore all the issues that are relevant to the instant case. Defendants therefore requested Plaintiffs to allow Defendants additional time to answer, move, or otherwise respond to the Complaint, and Plaintiffs' counsel agreed.

The extension of time requested by Defendants will not affect the overall progression of the instant action. IT IS SO STIPULATED that Defendants shall have to and including August 13, 2007, to answer, move, or otherwise respond to the First Amended Complaint.

DATED: July 24, 2007.

DHILLON & SMITH

By: _____
Harmeet K. Dhillon
Attorneys for Sukpran Gill and Gurmeet Gill

SEYFARTH SHAW LLP

By: _____
Maria C. Rodriguez
Attorneys for Baskin-Robbins Franchised Shops LLC and BR IP Holder LLC

STIPULATION AND REQUEST FOR ORDER EXTENDING TIME IN WHICH DEFENDANTS MAY RESPOND TO COMPLAINT
*Baskin-Robbins Franchised Shops, et al. v. Gill*
C07-02441