UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BASKIN-ROBBINS FRANCHISED
SHOPS LLC, and BR IP HOLDER LLC
                Plaintiff(s),

Case No. C07-02441-PJH

ADR CERTIFICATION BY PARTIES
AND COUNSEL

            v.

SUKPRAN GILL, GURMEET GILL,
and ISHER GILL
                Defendant(s).
_____/

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.


Dated: Aug. 2, 2007                                                   /s/ Jack Laudermilk
                                                                            [Party]


Dated: Aug. 2, 2007                                                   /s/ Maria C. Rodriguez
                                                                         [Counsel]