UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BASKIN-ROBBINS FRANCHISED SHOPS LLC, and BR IP HOLDER LLC

Plaintiff(s),

v.

SUKPRAN GILL, GURMEET GILL, and ISHER GILL

Defendant(s).
_____/

CASE NO. C07-02441-PJH

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

      have not yet reached an agreement to an ADR process

✓    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference   August 16, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Maria C. Rodriguez | Attorney for Plaintiffs | (310) 201- 5204 | mrodriguez@seyfarth.com |
| Jeffrey L. Karlin | Attorney for Plaintiffs | (202) 295-2207 | Jeffrey.Karlin@gpmlaw.com |
| Ms. Harmeet K. Dhillon | Attorney for Defendants | (415) 433-1700 | harmeet@dhillonsmith.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference.  The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: Aug. 2, 2007

/s/ Maria Rodriguez
Attorney for Plaintiff

Dated: Aug. 2, 2007

/s/ Harmeet Dhillon
Attorney for Defendant

Rev 12.05