| | |
|---|---|
| 1 | Maria C. Rodriguez (SBN 194201) |
| | SEYFARTH SHAW LLP |
| 2 | 2029 Century Park East, Suite 3300 |
| | Los Angeles, California 90067-3063 |
| 3 | mrodriguez@seyfarth.com |
| | Telephone: (310) 277-7200 |
| 4 | Facsimile: (310) 201-5219 |
| 5 | Robert L. Zisk (SBN 07147) |
| | Eric L. Yaffe  (SBN 439750) |
| 6 | Jeffrey L. Karlin (SBN 144488) |
| | GRAY, PLANT, MOOTY |
| 7 | MOOTY & BENNETT, P.A. |
| | The Watergate |
| 8 | 2600 Virginia Avenue, N.W., Suite 1111 |
| | Washington, D.C.  20037-1905 |
| 9 | Telephone: (202) 295-2200 |
| | Facsimile: (202) 295-2250 |
| 10 | |
| 11 | Attorneys for Plaintiff |
| | BASKIN-ROBBINS FRANCHISED |
| 12 | SHOPS LLC, a Delaware limited liability company, |
| | BR IP HOLDER LLC, a Delaware limited liability company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| BASKIN-ROBBINS FRANCHISED SHOPS LLC, a Delaware limited liability company, BR IP HOLDER LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> SUKPRAN GILL, GURMEET GILL, and ISHER GILL, residents of California, <br><br> Defendants. | Case No. C07-02441-PJH <br><br> *Honorable Phyllis J. Hamilton* <br><br> **STIPULATED REQUEST TO RESCHEDULE THE INITIAL CASE MANAGEMENT CONFERENCE AND RULES 26(f) DEADLINES** <br><br> Current CMC Date: *August 16, 2007* <br> Time: *2:30 p.m.* <br> Place: *Courtroom 3* |

The parties to the above-captioned action, by and through their respective undersigned counsel respectfully request that the Court reschedule the Initial Case Management Conference, currently scheduled for August 16, 2007, to September 13, 2007 and adjust other pre-conference deadlines accordingly.

1  The instant lawsuit was filed by Plaintiffs on May 7, 2007. Due in large part
2 to extensive settlement negotiations, the parties entered into a stipulation
3 requesting an extension of the time within which the Defendants had to answer the
4 Complaint to July 6, 2007. The Court granted this request. On July 19, 2007,
5 Plaintiffs filed a First Amended Complaint, which added a new claim and an
6 additional defendant. On July 24, 2007, the parties filed a stipulated request to
7 extend the deadline for Defendants to respond to the First Amended Complaint
8 until August 13, 2007. Under the current schedule, the parties were scheduled to
9 meet and confer on the contents of the Rule 26(f) Report on July 26, 2007 and the
10 report itself is due to be filed with the Court on August 9, 2007.

11  The parties seek a relatively short extension for the Initial Case Management
12 Conference. Settlement negotiations are continuing and there is a possibility that
13 the case will be resolved before more significant legal fees are incurred on both
14 sides. In addition, re-setting the conference for this later date will allow the
15 Defendants to file their answer to the First Amended Complaint (which added
16 additional facts along with an additional claim and defendant) before the
17 conference and before the Rule 26(f) report is due. Also, the Plaintiffs intend to
18 file a motion for a preliminary injunction on or before August 8, 2007 and this will
19 allow a hearing on the motion and the conference to be held on about the same
20 time. The parties believe that even if the conference were rescheduled, that it will
21 not affect the overall progression of the case.
22 //
23 //
24 //
25 //
26 //
27 //
28 //

-2-

1    Therefore, the parties respectfully request that the Court re-set the deadline
2 for the parties to meet and confer to August 16, 2007, the submission of the Rule
3 26(f) report to September 6, 2007 and the Initial Case Management Conference to
4 September 13, 2007.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED:  August 2, 2007 | SEYFARTH SHAW LLP |
|  | By   /s/ Maria Rodriguez |
|  | Maria C. Rodriguez<br>Attorneys for Plaintiffs |
| DATED:  August 2, 2007 | DHILLON & SMITH |
|  | By   /s/ Harmeet Dhillon |
|  | Harmeet K. Dhillon, Esq.<br>Attorneys for Defendants |

**STIPULATED REQUEST TO RESCHEDULE THE INITIAL CASE MANAGEMENT CONFERENCE**
LA1 6647928.1

# PROOF OF SERVICE

STATE OF CALIFORNIA ) 
) ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3300, Los Angeles, California 90067-3063. On August 2, 2007, I served the within documents: **STIPULATED REQUEST TO RESCHEDULE THE INITIAL CASE MANAGEMENT CONFERENCE AND RULES 26(f) DEADLINES**

☐ I sent such document from facsimile machine (310) 201-5219 on _____, 2007. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 201-5219 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

Harmeet K. Dhillon, Esq.
Dhillon & Smith
214 Grand Avenue, Suite 400
San Francisco, CA 94108
Telephone: 415-433-1700
Facsimile: 415-520-6593

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made; executed on August 2, 2007, at Los Angeles, California.

_____
Maritza Estrada

LA1 6647928.1/54578-5