1  Maria C. Rodriguez (SBN 194201)
   SEYFARTH SHAW LLP
2  2029 Century Park East, Suite 3300
   Los Angeles, California 90067-3063
3  mrodriguez@seyfarth.com
   Telephone: (310) 277-7200
4  Facsimile: (310) 201-5219

5  Robert L. Zisk (SBN 07147)
   Eric L. Yaffe   (SBN 439750)
6  Jeffrey L. Karlin (SBN 144488)
   GRAY, PLANT, MOOTY
7  MOOTY & BENNETT, P.A.
   The Watergate
8  2600 Virginia Avenue, N.W., Suite 1111
   Washington, D.C.  20037-1905
9  Telephone: (202) 295-2200
   Facsimile: (202) 295-2250

10

11 Attorneys for Plaintiff
   BASKIN-ROBBINS FRANCHISED
   SHOPS LLC, a Delaware limited liability company,
12 BR IP HOLDER LLC, a Delaware limited liability company

13                    UNITED STATES DISTRICT COURT

14          NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| BASKIN-ROBBINS FRANCHISED SHOPS LLC, a Delaware limited liability company, BR IP HOLDER LLC, a Delaware limited liability company, | Case No. C07-02441-PJH |
| | Honorable Phyllis J. Hamilton |
| Plaintiffs, | |
| v. | PROOF OF SERVICE VIA E-MAIL OF ADR CERTIFICATION BY PARTIES AND COUNSEL; NOTICE OF NEED FOR ADR PHONE CONFERENCE; STIPULATED REQUEST TO RESCHEDULE THE INITIAL CASE MANAGEMENT CONFERENCE AND RULES 26(f) DEADLINES; and [PROPOSED] ORDER THEREON |
| SUKPRAN GILL and GURMEET GILL, both residents of California, | |
| Defendants. | |

25  / / /
26  / / /
27  / / /
28  / / /

LA1 6648069.1/54578-5

**PROOF OF SERVICE**

STATE OF CALIFORNIA   )
                     ) ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3300, Los Angeles, California 90067-3063. On August 3, 2007, I served the within documents: PROOF OF SERVICE VIA E-MAIL OF ADR CERTIFICATION BY PARTIES AND COUNSEL; NOTICE OF NEED FOR ADR PHONE CONFERENCE; STIPULATED REQUEST TO RESCHEDULE THE INITIAL CASE MANAGEMENT CONFERENCE AND RULES 26(f) DEADLINES; and [PROPOSED] ORDER THEREON

☐ I sent such document from facsimile machine (310) 201-5219 on _____, 2007. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 201-5219 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

Harmeet K. Dhillon, Esq.
Dhillon & Smith
214 Grand Avenue, Suite 400
San Francisco, CA 94108
Telephone: 415-433-1700
Facsimile: 415-520-6593

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made; executed on August 3, 2007, at Los Angeles, California.

/s/ Maritza Estrada

LA1 6648069.1/54578-5