UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| BASKIN-ROBBINS FRANCHISED SHOPS LLC, a Delaware limited liability company, BR IP HOLDER LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>SUKPRAN GILL, GURMEET GILL, and ISHER GILL, residents of California,<br><br>Defendants. | Case No. C07-02441-PJH<br><br>*Honorable Phyllis J. Hamilton*<br><br>[~~PROPOSED~~] **ORDER ON REQUEST TO RESCHEDULE THE INITIAL CASE MANAGEMENT CONFERENCE AND RULES 26(f) DEADLINES** |

Upon consideration of the parties' Stipulated Request to Reschedule the Initial Case Management Conference, IT IS HEREBY ORDERED THAT:

The Initial Case Management Conference is continued from August 16, 2007 to September 13, 2007, or to _____.

8/7/07                         _____
                               Phyllis J. Hamilton
                               Judge of the

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

---

[PROPOSED] ORDER ON REQUEST TO RESCHEDULE THE INITIAL CASE MANAGEMENT CONFERENCE AND RULES 26(F) DEADLINES

LA1 6647952.1

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

    I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3300, Los Angeles, California 90067-3063. On August 2, 2007, I served the within documents: **[PROPOSED] ORDER ON REQUEST TO RESCHEDULE THE INITIAL CASE MANAGEMENT CONFERENCE AND RULES 26(f) DEADLINES**

☐ I sent such document from facsimile machine (310) 201-5219 on _____, 2007. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 201-5219 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

    Harmeet K. Dhillon, Esq.
Dhillon & Smith
214 Grand Avenue, Suite 400
San Francisco, CA 94108
Telephone: 415-433-1700
Facsimile: 415-520-6593

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

    I declare that I am employed in the office of a member of the bar of this court whose direction the service was made; executed on August 2, 2007, at Los Angeles, California.

                                                       Maritza Estrada

LA1 6647952.1/54578-5