HARMEET K DHILLON, ESQ. (SBN:207873)
DAVID LIHWEI LIN, ESQ. (SBN:243448)
DHILLON & SMITH
214 Grant Avenue, Suite 400
San Francisco, CA 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Defendants Sukpran Gill
and Gurmeet Gill

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### (Oakland Division)

| | |
|---|---|
| BASKIN-ROBBINS FRANCHISED SHOPS LLC and BR IP HOLDER LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SUKPRAN GILL and GURMEET GILL, <br><br> Defendants. | Case No. C07-02441 <br><br> **STIPULATION EXTENDING TIME IN WHICH DEFENDANTS MAY RESPOND TO COMPLAINT** |

It is hereby stipulated and agreed by and between the parties, through their respective undersigned counsel that the defendants shall have to and including September 3, 2007, to answer, move or otherwise respond to the Complaint in the above-entitled action.

The instant lawsuit was filed by Baskin-Robbins Franchised Shops LLC and BR IP Holder LLC ("Plaintiffs") on May 7, 2007 in the United States District Court for the Northern District of California.  Process was personally served upon Sukpran Gill and Gurmeet Gill ("Defendants") on or about May 27, 2007. Defendants entered into a stipulation with Plaintiff requesting this Court to extend the response time until July 6, 2007, due to defense counsel's scheduling conflicts;  the request was granted.  Since that time, Plaintiff and Defendants have been trying to resolve the

disputes between the parties through settlement negotiations.  On July 19, 2007, Plaintiff filed an Amended Complaint with this Court. Because of these settlement discussions and the fact that the Complaint has been amended raising new issues.  On July 24, 2007, Defendants and Plaintiffs therefore stipulated that Defendants would respond to the Amended Complaint by August 13, 2007.  Since that stipulation, Defendants and Plaintiffs have resumed settlement discussions that, if successful, will render the proceedings before this Court unnecessary.  The settlement discussions are in advance stages and the parties are discussing specific terms and language of a settlement agreement and releases.  For this reason, Defendants feel that a further extension of time allowing Defendants to respond to the Amended Complaint may minimize the legal expenses to Defendants. Counsel for all parties hereby stipulate that Defendants shall have until and including September 3, 2007, to answer, move or otherwise respond to the First Amended Complaint.

This extension of time will not affect the overall progression of the instant action. IT IS SO STIPULATED that Defendants shall have to and including September 3, 2007, to answer, move, or otherwise respond to the First Amended Complaint.

///
///
///
///
///
///
///
///
///
///
///
///

1    DATED: August 10, 2007.

2

3                               DHILLON & SMITH

4

5

6        By:    _____

7               Harmeet K. Dhillon
                Attorneys for Sukpran Gill and Gurmeet Gill

8

9                               SEYFARTH SHAW LLP

10

11

12       By:    _____

13              Maria C. Rodriguez
                Attorneys for Baskin-Robbins Franchised Shops LLC
14              and BR IP Holder LLC

15

16

17

18

19

20

21

22

23

24

25

26

27

28