HARMEET K DHILLON, ESQ. (SBN:207873)
DAVID LIHWEI LIN, ESQ. (SBN:243448)
DHILLON & SMITH
214 Grant Avenue, Suite 400
San Francisco, CA 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Defendants Sukpran Gill
and Gurmeet Gill

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASKIN-ROBBINS FRANCHISED SHOPS LLC and BR IP HOLDER LLC, <br><br>Plaintiffs, <br><br>v. <br><br>SUKPRAN GILL and GURMEET GILL, <br><br>Defendants. | Case No. C07-02441 <br><br> **ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

---

ADR Certification by Parties and Counsel
*Baskin-Robbins Franchised Shops, et al. v. Gill*
C07-02441

Page 1

Date: August 22, 2007

*Harmeet K. Dhillon (signature)*

Harmeet K. Dhillon
Attorneys for Sukpran Gill and Gurmeet Gill

Date: 8/22/07

*(signature)*

Defendant Sukpran Gill

Date: 8/22/07

*Gurmeet Gill (signature)*

Defendant Gurmeet Gill

ADR Certification by Parties and Counsel
*Baskin-Robbins Franchised Shops, et al. v. Gill*
C07-02441

Page 2