1  Maria C. Rodriguez (SBN 194201)
   Seyfarth Shaw LLP
2  2029 Century Park East, Suite 3300
   Los Angeles, California 90067-3063
3  mrodriguez@seyfarth.com
   Telephone: (310) 277-7200
4  Facsimile: (310) 201-5219

5  Robert L. Zisk
   Eric L. Yaffe
6  Jeffrey L. Karlin (SBN 144488)
   GRAY, PLANT, MOOTY
7  MOOTY & BENNETT, P.A.
   The Watergate
8  2600 Virginia Avenue, N.W., Suite 1111
   Washington, D.C.  20037-1905
9  Telephone: (202) 295-2200
   Facsimile: (202) 295-2250
10

   Attorneys for Plaintiff
11 BASKIN-ROBBINS FRANCHISED
   SHOPS LLC, a Delaware limited liability company,
12 BR IP HOLDER LLC, a Delaware limited liability company

13 Harmeet K. Dhillon (SBN 207873)
   DHILLON & SMITH
14 214 Grand Avenue, Suite 400
   San Francisco, CA  94108
15 harmeet@dhillonlaw.com
   Telephone:  415-433-1700
16 Facsimile:  415-520-6593

17 Attorneys for Defendants
   SUKPRAN GILL and GURMEET GILL
18

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| BASKIN-ROBBINS FRANCHISED SHOPS LLC, a Delaware limited liability company, BR IP HOLDER LLC, a Delaware limited liability company, | Case No. 3:07-cv-02441-PJH<br><br>*Honorable Phyllis J. Hamilton* |
| Plaintiffs, | **STIPULATION FOR FILING OF SECOND AMENDED COMPLAINT; AND ORDER THEREON** |
| v. | |
| SUKPRAN GILL and GURMEET GILL, residents of California, | Complaint Filed:  *May 7, 2007* |
| Defendants. | First Amended<br>Complaint Filed:  *July 19, 2007* |

---

**STIPULATION TO FILE SECOND AMENDED COMPLAINT AND ORDER**

LA1 6653114.1

Pursuant to Fed.R.Civ.P. Rule 15(a) and Local Rules 15-1, 15-2, and 15-3, Plaintiffs Baskin-Robbins Franchised Shops LLC and Baskin-Robbins IP Holder (collectively "Baskin-Robbins") and Defendants Sukpran Gill and Gurmeet Gill (collectively "Defendants") hereby stipulate that Baskin-Robbins may file a Second Amended Complaint, a copy of which is attached, which amends Count V and dismisses Isher Gill as a party defendant in this action. The parties have also stipulated that Defendants may file their answer or responsive pleading on or before twenty-one (21) days after the filing of the Second Amended Complaint.

DATED:   September 4, 2007            SEYFARTH SHAW LLP

By   */s/ Maria C. Rodriguez*

Maria C. Rodriguez
Attorneys for Plaintiffs,
BASKIN-ROBBINS FRANCHISED SHOPS LLC and BR IP HOLDER LLC

DATED:   September 4, 2007            DHILLON & SMITH

By   */s/ Harmeet K. Dhillon*

Harmeet K. Dhillon
Attorneys for Defendants,
SUKPRAN GILL and GURMEET GILL

## ORDER

Good cause having been shown, the Proposed Second Amended Complaint is deemed filed this date. The Defendants shall have twenty-one (21) days from this date to file an answer or responsive pleading to the Second Amended Complaint.

Dated:_____           _____
                                        Phyllis J. Hamilton
                                        United States District Court Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF LOS ANGELES  )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3300, Los Angeles, California 90067-3063. On September 4, 2007, I served the within documents: **STIPULATION TO FILE SECOND AMENDED COMPLAINT; AND ORDER THEREON**

☐ I sent such document from facsimile machine (310) 201-5219 on _____, 2007. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 201-5219 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

Harmeet K. Dhillon, Esq.
Dhillon & Smith
214 Grand Avenue, Suite 400
San Francisco, CA  94108

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made; executed on September 4, 2007, at Los Angeles, California.

*/s/ Lucille E. Young*
Lucille E. Young

LA1 6653114.1/54578-5