HARMEET K DHILLON, ESQ. (SBN:207873)
DAVID LIHWEI LIN, ESQ. (SBN:243448)
DHILLON & SMITH
214 Grant Avenue, Suite 400
San Francisco, CA 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Defendants Sukpran Gill
and Gurmeet Gill

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| BASKIN-ROBBINS FRANCHISED SHOPS LLC and BR IP HOLDER LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SUKPRAN GILL and GURMEET GILL,<br><br>Defendants. | Case No. C07-02441(PJH)<br><br>**DEFENDANT SUKPRAN GILL AND GURMEET GILL'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>(PURSUANT TO N.D.C.A. CIV. L.R. 3-16) |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than Defendants Sukpran Gill and Gurmeet Gill, Defendants are unaware of interested parties related to Defendants in this litigation.

DATED: September 5, 2007.

DHILLON & SMITH

By: _____
Harmeet K. Dhillon
Attorneys for Sukpran Gill and Gurmeet Gill

---

Baskin-Robbins Franchised Shops,        CIV. L.R. 3-16 CERTIFICATION OF
et al. v. Gill, C07-02441                INTERESTED ENTITIES OR PERSONS
                            Page 1

PROOF OF SERVICE

I declare that:

I am employed in the County of San Francisco, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is 214 Grant Avenue, Suite 400, San Francisco, CA 94108. On September 5, 2007, I served: CERTIFICATION OF INTERESTED ENTITIES OR PERSONS on the parties listed below, addressed as follows:

| | |
|---|---|
| Maria C. Rodriguez, Esq. | Jeffrey L. Karlin, Esq. |
| SEYFARTH SHAW LLP | GRAY PLANT MOOTY |
| 2029 Century Park East, Suite 3300 | The Watergate |
| Los Angeles, CA 90067 | 2600 Virginia Ave., N.W., Suite 1111 |
| | Washington DC 20037 |

_____  By facsimile machine (FAX) by personally transmitting a true copy thereof via an electronic facsimile machine between the hours of 9:00 a.m. and 5:00 p.m.

  XX   By first class mail by depositing a sealed envelope in the United States Mail at San Francisco, California, with postage fully prepaid.

_____  By express mail by depositing a sealed envelope in the Federal Express drop box at San Francisco, California, with postage fully prepaid.

_____  Via Courier by depositing in a sealed envelope and delivering to the courier, with all charges fully prepaid.

_____  By personal service, by personally delivering a true copy thereof to the addressee(s) listed herein, at the locations listed herein.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 5, 2007, at San Francisco, California.

_____
David Lihwei Lin