Maria C. Rodriguez (SBN 194201)
Seyfarth Shaw LLP
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
mrodriguez@seyfarth.com
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Robert L. Zisk
Eric L. Yaffe
Jeffrey L. Karlin (SBN 144488)
GRAY, PLANT, MOOTY
MOOTY & BENNETT, P.A.
The Watergate
2600 Virginia Avenue, N.W., Suite 1111
Washington, D.C. 20037-1905
Telephone: (202) 295-2200
Facsimile: (202) 295-2250

Attorneys for Plaintiff
BASKIN-ROBBINS FRANCHISED
SHOPS LLC, a Delaware limited liability company,
BR IP HOLDER LLC, a Delaware limited liability company

Harmeet K. Dhillon (SBN 207873)
DHILLON & SMITH
214 Grand Avenue, Suite 400
San Francisco, CA 94108
harmeet@dhillonlaw.com
Telephone: 415-433-1700
Facsimile: 415-520-6593

Attorneys for Defendants
SUKPRAN GILL and GURMEET GILL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| BASKIN-ROBBINS FRANCHISED SHOPS LLC, a Delaware limited liability company, BR IP HOLDER LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>SUKPRAN GILL and GURMEET GILL, residents of California,<br><br>Defendants. | Case No. 3:07-cv-02441-PJH<br><br>*Honorable Phyllis J. Hamilton*<br><br>**STIPULATED REQUEST TO RESCHEDULE THE INITIAL CASE MANAGEMENT CONFERENCE AND F.R.C.P. RULE 26(f) DEADLINES; AND ORDER THEREON**<br><br>Complaint Filed: *May 7, 2007*<br><br>First Amended Complaint Filed: *July 19, 2007* |

The parties to the above-captioned action, by and through their respective undersigned counsel respectfully request that the Court reschedule the Initial Case Management Conference, currently scheduled for September 13, 2007 and to adjust other pre-conference deadlines accordingly.

The instant lawsuit was filed by Plaintiffs on May 7, 2007. Due, in large part to extensive settlement negotiations, the parties entered into a stipulation requesting an extension of the time within which the Defendants had to answer the Complaint to July 6, 2007. The Court granted this request. On July 19, 2007, prior to the date on which the responsive pleading to the Complaint was due, Plaintiffs filed a First Amended Complaint. On September 4, 2007, again prior to the date the Defendants were to file a response to the First Amended Complaint, the parties submitted a stipulation for the filing of a Second Amended Complaint, which included an agreement that the defendants would have twenty-one days to file a responsive pleading thereto.

The Case Management Conference in this action has yet to be held. The parties have submitted only one previous request for the Initial Case Management Conference to be rescheduled, which the Court granted on August 7, 2007. Currently, the Case Management Conference is scheduled for September 13, 2007. However, this date conflicts with the Jewish holiday of Rosh Hashanah and both of Plaintiffs' lead trial counsel for the case, Eric Yaffe and Jeffrey Karlin, will be attending religious services on that day and are unavailable to attend the conference. It is the parties' understanding from communicating with the Court's staff on September 5, 2007, the next available date that the conference could take place is September 27, 2007. Counsel for both parties are available to attend the conference on that date.

The parties believe that even if the conference were rescheduled, that it will not affect the overall progression of the case. None of the complaints filed in this

action have yet been responded to and the parties are ready to move forward with the litigation once that occurs and the conference is held.

Therefore, the parties respectfully request that the Court re-set the deadline for the parties to submit the Rule 26(f) report to September 13, 2007 and the Initial Case Management Conference to September 27, 2007.

| | |
|---|---|
| DATED: September 5, 2007 | SEYFARTH SHAW LLP |
| | By   /s/ Maria C. Rodriguez |
| | Maria C. Rodriguez<br>Attorneys for Plaintiffs,<br>BASKIN-ROBBINS FRANCHISED SHOPS LLC and BR IP HOLDER LLC |
| DATED: September 5, 2007 | DHILLON & SMITH |
| | By   /s/ Harmeet K. Dhillon |
| | Harmeet K. Dhillon<br>Attorneys for Defendants,<br>SUKPRAN GILL and GURMEET GILL |

## ORDER

Good cause having been shown, the Initial Case Management Conference is hereby continued to September 27, 2007 at 2:30 p.m., or at _____. The parties are to file the Rule 26(f) Initial Case Management Conference report on or before September 13, 2007.

Dated:_____          _____
                                                    Phyllis J. Hamilton
                                           United States District Court Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       )  ss
COUNTY OF LOS ANGELES  )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3300, Los Angeles, California 90067-3063. On September 5, 2007, I served the within documents: **STIPULATION TO RESCHEDULE RULE 26(F) CONFERENCE, AND RULE 26(F) DEADLINES; AND ORDER THEREON**

☐  I sent such document from facsimile machine (310) 201-5219 on _____, 2007. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 201-5219 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐  by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

☐  by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

Harmeet K. Dhillon, Esq.
Dhillon & Smith
214 Grand Avenue, Suite 400
San Francisco, CA  94108

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made; executed on September 5, 2007, at Los Angeles, California.

　　　　　　　　　　　　　　　　　　*/s/ Maritza Estrada*
　　　　　　　　　　　　　　　　　　Maritza Estrada

LA1 6653440.1/54578-5