# EXHIBIT 3

# DUNKIN BRANDS™

May 3, 2006

VIA FEDERAL EXPRESS

SUKPRAN GILL
SUKPRAN & GURMEET GILL
4493 CENTURY BLVD
PITTSBURG, CA 94565

**RE: NOTICE OF MONTH-TO-MONTH EXTENSION OF FRANCHISE AGREEMENT**

Dear Franchisee(s):

As you know, the Franchise Agreement listed below, pursuant to which you continue to operate a franchised business using our trademarks and system, at the address shown below, has expired.

| Franchisee | Date of Agreement | Location | PC# | Brand |
|---|---|---|---|---|
| SUKPRAN & GURMEET GILL | November 26, 1996 | 4493 CENTURY BLVD PITTSBURG, CA 94565 | 361197 | BR |

This is to advise you that we are hereby extending your franchise agreement until November 1, 2006 or until franchise renewal documents for a greater term are provided and executed by you, if sooner. Once you receive the franchise renewal documents, you will be required to sign and return them within thirty (30) days.

This month-to-month extension of term will be deemed part of and not in addition to any renewal term offered to you. Any higher fees or advertising rates that may be applicable to the renewal term will apply retroactively to this month-to-month extended term and will be due upon signing the renewal documents.

It is our policy not to permit locations to remain open without proper documentation. If you do not return a copy of this letter signed by you within fourteen (14) days, we may seek to terminate our relationship at this location.

Please date, sign and return the enclosed copy of this letter to my attention.

[ eatdrinkthink™ ]    130 Royall Street    781.737.3000    Dunkin' Donuts®
Canton, MA 02021    www.DunkinBrands.com    Togo's®
Baskin-Robbins®

Very truly yours,

Market Counsel

ACKNOWLEDGED AND AGREED:

FRANCHISEE

Print name: _John Gill_

Print name: _____

Print name: GURMEET GILL

Print name: _____

cc: 121888 BILL GAULT, FSM
    PIM
    file