# EXHIBIT 6



Start **1924 Grant St**
**Concord, CA 94520**
End **W American Canyon Rd**
**American Canyon, CA 94503**
Travel **22.3 mi – about 31 mins**

Save trees. Go green!
Download Google Maps for mobile
Text maps to 466453

**1924 Grant St**
**Concord, CA 94520**

Drive: 22.3 mi – about 31 mins

| | | |
|---|---|---|
| 1. | Head **northwest** on **Grant St** toward **Salvio St** | 272 ft |
| 2. | Turn **left** at **Salvio St** | 0.2 mi<br>1 min |
| 3. | Turn **right** at **Concord Ave** | 1.6 mi<br>5 mins |
| 4. | Merge onto **I-680 N** via the ramp to **Sacramento**<br>Partial toll road | 6.5 mi<br>7 mins |
| 5. | Take the exit on the **left** onto **I-780 W** toward **Benicia/Vallejo** | 6.4 mi<br>7 mins |
| 6. | Take the exit onto **I-80 E** toward **Sacramento** | 3.1 mi<br>3 mins |
| 7. | Take exit **33** to merge onto **CA-37 W** toward **Napa** | 2.1 mi<br>2 mins |
| 8. | Take exit **19** for **CA-29** toward **Napa/Downtown Vallejo** | 0.4 mi<br>1 min |
| 9. | Turn **right** at **CA-29 N/Sonoma Blvd** | 1.6 mi<br>3 mins |
| 10. | Turn **left** at **American Canyon Rd** | 0.5 mi<br>2 mins |
| 11. | Turn **left** at **Elliott Dr** | 56 ft |

**W American Canyon Rd**
**American Canyon, CA 94503**

These directions are for planning purposes only. You may find that construction projects, traffic, or other events may cause road conditions to differ from the map results.

Map data ©2007 NAVTEQ™



Map data ©2007 NAVTEQ™



Start **4493 Century Blvd**
**Pittsburg, CA 94565**
End **W American Canyon Rd**
**American Canyon, CA 94503**
Travel **32.8 mi – about 38 mins**

Save trees. Go green!
Download Google Maps for mobile
Text maps to 466453

**4493 Century Blvd**
**Pittsburg, CA 94565**

Drive: 32.8 mi – about 38 mins

1. Head **east** on **Century Blvd** toward **Delta Gateway Blvd** — 0.2 mi
2. Turn **right** at **Auto Center Dr/Somersville Rd** — 433 ft
3. Turn **right** to merge onto **CA-4 W** toward **Oakland** — 13.2 mi / 13 mins
4. Take exit **12C** to merge onto **I-680 N** toward **Sacramento/Benecia**
   Partial toll road — 5.3 mi / 5 mins
5. Take the exit on the **left** onto **I-780 W** toward **Benicia/Vallejo** — 6.4 mi / 7 mins
6. Take the exit onto **I-80 E** toward **Sacramento** — 3.1 mi / 3 mins
7. Take exit **33** to merge onto **CA-37 W** toward **Napa** — 2.1 mi / 2 mins
8. Take exit **19** for **CA-29** toward **Napa/Downtown Vallejo** — 0.4 mi / 1 min
9. Turn **right** at **CA-29 N/Sonoma Blvd** — 1.6 mi / 3 mins
10. Turn **left** at **American Canyon Rd** — 0.5 mi / 2 mins
11. Turn **left** at **Elliott Dr** — 56 ft

**W American Canyon Rd**
**American Canyon, CA 94503**

These directions are for planning purposes only. You may find that construction projects, traffic, or other events may cause road conditions to differ from the map results.

Map data ©2007 NAVTEQ™



Overview

Start

End

Map data ©2007 NAVTEQ™