HARMEET K DHILLON, ESQ. (SBN:207873)
DAVID LIHWEI LIN, ESQ. (SBN:243448)
DHILLON & SMITH
214 Grant Avenue, Suite 400
San Francisco, CA 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Defendants
Sukpran and Gurmeet Gill

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **BASKIN-ROBBINS FRANCHISED SHOPS LLC and BR IP HOLDER LLC,**<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**SUKPRAN GILL and GURMEET GILL,**<br><br>    **Defendants.** | **Case No. C07-02441 PJH**<br><br>**DECLARATION of HARMEET K. DHILLON IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT PURSUANT to Fed.R.Civ.P. 12(b)(6) & 9(b)** |

I, Harmeet K. Dhillon, declare under penalty of perjury and of my own personal knowledge as follows:

1.   I am admitted to practice law before this Court and am an attorney in good standing.

2.   I am a partner at the law firm of Dhillon & Smith, which represents both Defendants in the lawsuit described in the caption above.

3.   The three exhibits attached to this Declaration are all documents referenced in and relied upon in the Second Amended Complaint in this matter.

---

*Baskin-Robbins Franchised Shops et al. v. Gill et al., C07-02441*    DHILLON DECLARATION ISO MOTION to DISMISS PURSUANT to FED.R.CIV.P. 12(b)(6) & 9(b)
**Page 1**

4. Attached hereto as Exhibit 1 is a copy of Defendants Gurmeet and Sukpran Gill's franchise agreement with Baskin-Robbins USA Co. for a store located in Pittsburg, California.

5. Attached hereto as Exhibit 2 is a copy of Sukpran Gill's franchise agreement (the with Baskin-Robbins USA Co. for a store located in Concord, California.

6. Attached hereto as Exhibit 3 is a copy of a letter from counsel for Baskin-Robbins LLC to both Defendants entitled "Notice of Default and Termination" and dated April 30, 2007.

DATED: September 25, 2007.

By: _____
Harmeet K. Dhillon