HARMEET K DHILLON, ESQ. (SBN:207873)
DAVID LIHWEI LIN, ESQ. (SBN:243448)
DHILLON & SMITH
214 Grant Avenue, Suite 400
San Francisco, CA 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Defendants
Sukpran and Gurmeet Gill

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BASKIN-ROBBINS FRANCHISED SHOPS LLC and BR IP HOLDER LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SUKPRAN GILL and GURMEET GILL,<br><br>Defendants. | Case No. C07-02441 PJH<br><br>**DECLARATION of HARMEET K. DHILLON IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT PURSUANT to FED.R.CIV.P. 12(b)(1)**<br><br>Date:   November 7, 2007<br>Time:  9:00 a.m. |

I, Harmeet K. Dhillon, declare under penalty of perjury and of my own personal knowledge as follows:

1. I am an adult above the age of 18 years of age.

2. I am admitted to practice law before this Court and am an attorney in good standing.

3. I am a partner of the law firm of Dhillon & Smith, which represents both Defendants in the captioned lawsuit.

---

4. Attached as Exhibit 1 is a copy of a letter from me to Jeffrey Karlin, Esq., a partner at Gray, Plant, Mooty, Mooty & Bennett, P.A., the law firm representing Plaintiffs in this matter, reaffirming prior representations that Defendants would stipulate to immediately terminating their use of any and all Baskin-Robbins trademarks, trade dress and/or intellectual property, upon Baskin-Robbins' clarification of its various termination demands and representations.

DATED: September 25, 2007.

By: _____
Harmeet K. Dhillon