# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

BASKIN-ROBBINS FRANCHISED
SHOPS LLC, et al.,

       Plaintiff(s),                          No. C 07-2441 PJH

    v.                                  **CLERK'S NOTICE**

SUKPRAN GILL, et al.,

       Defendant(s).
_____/

    YOU ARE HEREBY NOTIFIED that on **November 29, 2007** at **2:30 p.m.**, in Courtroom No. 3 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE PHYLLIS J. HAMILTON will conduct the Initial Case Management Conference **previously noticed for September 27, 2007**, in this matter.   A joint case management conference statement shall be filed by November 21, 2007.

                                        Richard W. Wieking
                                        Clerk, U.S. District Court

by:_____
Nichole Heuerman, Deputy Clerk
Honorable Phyllis J. Hamilton
(415) 522-2023

Dated:  September 26, 2007