HARMEET K DHILLON, ESQ. (SBN:207873)
DAVID LIHWEI LIN, ESQ. (SBN:243448)
DHILLON & SMITH
214 Grant Avenue, Suite 400
San Francisco, CA 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Defendants Sukpran Gill and Gurmeet Gill

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASKIN-ROBBINS FRANCHISED SHOPS LLC and BR IP HOLDER LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SUKPRAN GILL and GURMEET GILL,<br><br>Defendants. | **Case No. C07-02441**<br><br>*Honorable Phyllis J. Hamilton*<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1)**<br><br>**Date: September 25, 2007**<br>**Time: 9:00 a.m.** |

Upon consideration of the parties' Motion to Dismiss Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1), IT IS HEREBY ORDERED THAT:

The Motion to Dismiss Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) is Granted.

DATED:

_____
Phyllis J. Hamilton
United States District Court Judge

[PROPOSED] ORDER EXTENDING TIME IN WHICH DEFENDANTS MAY ANSWER OR MAKE MOTION
*Baskin-Robbins Franchised Shop, et al. v. Gill*
C07-02441