1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Maria C. Rodríguez (SBN 194201)
Julie I. LaRoe (SBN 229075)
SEYFARTH, SHAW LLP
One Century Plaza, Suite 3300
2029 Century Park East
Los Angeles, California 90067-3063
Telephone:   (310) 277-7200
Facsimile:    (310) 201-5219

Robert L. Zisk
Eric L. Yaffe
Jeffrey L. Karlin (SBN 144488)
GRAY, PLANT, MOOTY, MOOTY
  & BENNETT, P.A.
The Watergate
2600 Virginia Avenue, N.W., Suite 1111
Washington, D.C.  20037-1905
Telephone:   (202) 295-2200
Facsimile:    (202) 295-2250

# UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

BASKIN-ROBBINS FRANCHISED
SHOPS LLC and  BR IP HOLDER LLC,

Plaintiffs,

v.

SUKPRAN GILL and GURMEET
GILL,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:07-cv-02441-PJH

*Honorable Phyllis J. Hamilton*

STIPULATED REQUEST FOR
ORDER AND PROPOSED ORDER
STAYING CASE  PENDING FINAL
SETTLEMENT

        The parties to the above-referenced action, through their respective

undersigned counsel, respectfully request an Order from this Court staying all

proceedings pending agreement on the terms of a final settlement.  There are two

motions to dismiss currently pending, filed by Defendants on September 25, 2007

and scheduled to be heard before this Court on November 7, 2007.  Plaintiffs filed

1

1   their oppositions to the motions to dismiss yesterday, October 18, and today,

2   October 19, pursuant to extensions of time granted by Defendants, whose reply

3   briefs are currently due, absent this Court's action or withdrawal without prejudice

4   of the motions, on October 24, 2007.

5         The parties have been working diligently to resolve this case and have

6   reached an agreement in principal, including agreement on most terms of a

7   settlement.  One of the items agreed on requires the completion of an approval

8   process by Plaintiff Baskin-Robbins Franchise Shops LLC of a new buyer for the

9   two franchise locations at issue in this case.  The approval process will take until

10  December to complete, and the settlement is contingent on its completion, as well

11  as on the approval by the landlords of the two sites of a transfer of the leases to

12  new franchisees.  However, the parties face significant litigation costs in the next

13  few weeks, including those associated with the pending Motions to Dismiss and (if

14  the Motions are denied), with discovery. These litigation costs will not only be

15  onerous for the parties in and of themselves, but may render settlement even more

16  difficult.  Therefore, the parties respectfully request that the Court stay all

17  proceedings in this case until January 7, 2008.  If the parties have not reached a

18  final settlement by that time, they agree that the case will proceed at that point

19  without further delay.  The parties will report to the Court on a monthly basis as to

20  the status of the settlement and are willing to proceed under the supervision of a

21  United States Magistrate Judge during the stay period to resolve any further

22  differences between them.

23        The parties have further agreed that if this Court is unable to rule upon and

24  issue an Order granting this joint request for a stay prior to October 23, 2007, that

25  Defendants may withdraw their two motions to dismiss without prejudice; that

26  such motions may be re-filed by Defendants without objection from Plaintiffs in a

27  timely manner following this Court's ruling on the requested stay; that Plaintiffs

28  shall only re-file the same opposition papers to such motions as they have filed as

of the close of business today and shall make no new arguments or submit no new papers; and that Defendants shall file their reply papers, if any, in a timely manner based upon the next available hearing date for these motions by the Court.

DATED: October 19, 2007                    MARIA RODRIGUEZ
                                           JULIE I. LAROE
                                           SEYFARTH SHAW LLP

                                           ROBERT L. ZISK
                                           ERIC L. YAFFE
                                           JEFFREY L. KARLIN

                                           By  /s/ Julie I. LaRoe
                                           Attorneys for Plaintiffs
                                           BASKIN-ROBBINS FRANCHISED
                                           RESTAURANTS LLC AND BR IP
                                           HOLDER LLC.

DATED:  October 19, 2007                   DHILLON & SMITH

                                           By   /s/ Harmeet K. Dhillon

                                           Harmeet K. Dhillon
                                           Attorneys for Defendants,
                                           SUKPRAN GILL and GURMEET
                                           GILL

## ORDER

Good cause having been shown, the Stipulated Request of the parties is adopted by the Court.  All proceedings in the instant case are stayed through and until January 7, 2008.

**IT IS SO ORDERED.**

Dated:_____        _____
                                              Phyllis J. Hamilton
                                         United States District Court Judge

LA1 6660994.1

**PROOF OF SERVICE**

STATE OF CALIFORNIA          )
                             )     ss
COUNTY OF LOS                )
ANGELES

  I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3300, Los Angeles, California 90067-3063.  On October 19, 2007, I served the within documents: STIPULATED REQUEST FOR ORDER AND PROPOSED ORDER STAYING CASE  PENDING FINAL SETTLEMENT

☐  I sent such document from facsimile machine (310) 201-5219 on _____, 2007.  I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 201-5219 which confirms said transmission and receipt.  I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐  by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

☒  **Electronically by using the Court's ECF/CM System**


  Harmeet K. Dhillon, Esq.
  Dhillon & Smith
  214 Grand Avenue, Suite 400
  San Francisco, CA  94108
  Telephone:  415-433-1700
  Facsimile:  415-520-6593

  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

  I declare that I am employed in the office of a member of the bar of this court whose direction the service was made; executed on October 19, 2007, at Los Angeles, California.

        /s/ Maritza Estrada

-4-

LA1 6660994.1