**United States District Court**
For the Northern District of California

1
2
3                    UNITED STATES DISTRICT COURT
4                    NORTHERN DISTRICT OF CALIFORNIA
5
6
7   BASKIN-ROBBINS FRANCHISED
    SHOPS LLC, et al.,
8
              Plaintiff(s),              No. C 07-2441 PJH
9
      v.                                 **ORDER STAYING CASE; TERMINATING
10                                       MOTIONS; SCHEDULING CASE
                                         MANAGEMENT CONFERENCE; AND
11                                       REFERRING CASE FOR
                                         SETTLEMENT CONFERENCE**
12  SUKPRAN GILL, et al.,
13            Defendant(s).
    _____/
14

15          Pursuant to the request and stipulation of the parties, all proceedings in this case,

16  except as indicated below, are STAYED until January 7, 2008.  The two motions to dismiss

17  (docket number 34 and 44) filed by defendants are terminated based upon defendants'

18  withdrawal of them pending settlement negotiations and the October 24, 2007 hearing date

19  is VACATED.  If the negotiations are not successful, the motions may be re-filed as

20  indicated in the parties' stipulation after January 7, 2008.

21          If the motions are not re-filed, the parties shall appear for case management

22  conference on January 17, 2008 at 2:30 p.m.

23          This matter is referred for assignment to a magistrate judge to conduct a settlement

24  conference prior to January 7, 2008.

25          **IT IS SO ORDERED.**

26  Dated: October 22, 2007

27                                       _____
                                         PHYLLIS J. HAMILTON
                                         United States District Judge
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California