**In the United States District Court**
**for the Northern District of California**

Settlement Conference Minutes
U.S. Magistrate Judge Edward M. Chen

**Date:**            December 14, 2007

**Court Reporter:**    FTR 121407 (3:29 - 3:39)

**Case No.:**    C-07-2441 PJH (EMC)

**Case Name:**    Baskin-Robbins Franchised Shops LLC, et al. v. Sukpran Gill, et al.

**Counsel:**
**Plf:**   Jeffrey L. Karlin                    **Def:**   Harmeet K. Dhillon


**Outcome of Settlement Conference:**

|            |            |                       |
|------------|------------|-----------------------|
|            | ___X___    | Settled               |
|            | _____    | Partial settlement    |
|            | _____    | Did not settle        |
|            | _____    | Other:                |

**Notes:**

**Time:** 6.0 hours


_____/s/_____
Leni Doyle, Deputy Clerk


cc:    EMC, PJH