# In the United States District Court
# for the Northern District of California

**AMENDED** Settlement Conference Minutes
U.S. Magistrate Judge Edward M. Chen

**Date:**         December 14, 2007

**Court Reporter:**     FTR 121407 (3:29 - 3:39)

**Case No.:**     C-07-2441 PJH (EMC)

**Case Name:**   Baskin-Robbins Franchised Shops LLC, et al. v. Sukpran Gill, et al.

**Counsel:**
**Plf:**   Jeffrey L. Karlin                    **Def:**   Harmeet K. Dhillon

**Outcome of Settlement Conference:**

|          |                              |
|----------|------------------------------|
| _____ | Settled                      |
| _____ | Partial settlement           |
| _____ | Did not settle               |
|    X     | Other: – See Notes below     |

**Notes:** Tentative settlement reached, pending ratification by Plaintiffs' parent company.

**Time:** 6.0 hours

/s/
Leni Doyle, Deputy Clerk

cc:    EMC, PJH