**In the United States District Court
for the Northern District of California**

Settlement Conference Minutes
U.S. Magistrate Judge Edward M. Chen

**Date:**     December 21, 2007

**Court Reporter:**     Not Recorded

**Case No.:**     C-07-2441 PJH (EMC)

**Case Name:**     Baskin-Robbins Franchised Shops LLC, et al. v. Sukpran Gill, et al.

**Counsel:**
**Plf:**   No appearance          **Def:**   No appearance

**Outcome of Settlement Conference:**

|   X   | Settled |
|-------|---------|
|       | Partial settlement |
|       | Did not settle |
|       | Other |

**Notes:** Per 12/21/2007 letter to this Court, Plaintiffs' parent company has approved settlement terms as placed on the record on 12/14/2007.

**Time:**

/s/
Leni Doyle, Deputy Clerk

cc:     EMC, PJH