| | |
|---|---|
| 1 | Maria C. Rodríguez (SBN 194201) |
|  | Julie I. LaRoe (SBN 229075) |
| 2 | SEYFARTH, SHAW LLP |
|  | One Century Plaza, Suite 3300 |
| 3 | 2029 Century Park East |
|  | Los Angeles, California 90067-3063 |
| 4 | Telephone:   (310) 277-7200 |
|  | Facsimile:    (310) 201-5219\ |
| 5 | Attorneys for Plaintiff BASKIN-ROBBINS |
|  | SHOPS, LLC. and BR IP Holder LLC |

Maria C. Rodríguez (SBN 194201)
Julie I. LaRoe (SBN 229075)
SEYFARTH, SHAW LLP
One Century Plaza, Suite 3300
2029 Century Park East
Los Angeles, California 90067-3063
Telephone:   (310) 277-7200
Facsimile:    (310) 201-5219\
Attorneys for Plaintiff BASKIN-ROBBINS SHOPS, LLC. and BR IP Holder LLC

Robert L. Zisk
Eric L. Yaffe
Jeffrey L. Karlin (SBN 144488)
GRAY, PLANT, MOOTY, MOOTY
  & BENNETT, P.A.
The Watergate
2600 Virginia Avenue, N.W., Suite 1111
Washington, D.C.  20037-1905
Telephone:   (202) 295-2200
Facsimile:    (202) 295-2250
Attorneys of Defendants SUKPRAN GILL
And GURMEET GILL

# UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASKIN-ROBBINS FRANCHISED SHOPS LLC and BR IP HOLDER LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SUKPRAN GILL and GURMEET GILL,<br><br>Defendants. | Case No. 3:07-cv-02441-PJH<br><br>*Honorable Phyllis J. Hamilton*<br><br>STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE |

PLEASE TAKE NOTICE, that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs and Defendants hereby stipulate to the dismissal of all claims in the above-entitled action with prejudice.  Plaintiffs and Defendants agree to bear their own attorneys' fees and costs.

1

LA1 6674221.1/54578-5

1    This Court shall retain jurisdiction over this matter solely for purposes of
2  adjudicating any disputes pertaining to the enforcement of the settlement
3  agreement between the parties.

5  DATED: January 17, 2008                MARIA RODRIGUEZ
                                          JULIE I. LAROE
                                          SEYFARTH SHAW LLP

                                          ROBERT L. ZISK
                                          ERIC L. YAFFE
                                          JEFFREY L. KARLIN

                                          By  /s/ Julie I. LaRoe
                                          Attorneys for Plaintiffs
                                          BASKIN-ROBBINS FRANCHISED
                                          RESTAURANTS LLC AND BR IP
                                          HOLDER LLC.

12  DATED:   January 17, 2008              DHILLON & SMITH

                                          By   /s/ Harmeet K. Dhillon

                                          Harmeet K. Dhillon
                                          Attorneys for Defendants,
                                          SUKPRAN GILL and GURMEET
                                          GILL

LA1 6674221.1

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                      )  ss
COUNTY OF LOS ANGELES )

    I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3300, Los Angeles, California 90067-3063. On January 17, 2008, I served the within documents: STIPULATION FOR DISMISSAL WITH PREJUDICE

☐     I sent such document from facsimile machine (310) 201-5219 on _____, 2007. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 201-5219 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☐     by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐     by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐     by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

☒     **Electronically by using the Court's ECF/CM System**

Harmeet K. Dhillon, Esq.
Dhillon & Smith
214 Grand Avenue, Suite 400
San Francisco, CA 94108
Telephone: 415-433-1700
Facsimile: 415-520-6593

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

    I declare that I am employed in the office of a member of the bar of this court whose direction the service was made; executed on January 17, 2008, at Los Angeles, California.

                                                           /s/ Karla Villalobos-Roque

LA1 6674221.1