**In the United States District Court
for the Northern District of California**

Settlement Conference Minutes
U.S. Magistrate Judge Edward M. Chen

**Date:** March 24, 2008

**Court Reporter:** Tape 08-03-LD & 08-04-LD

**Case No.:** C-07-2441 PJH (EMC)

**Case Name:** Baskin-Robbins Franchised Shops LLC, et al. v. Sukpran Gill, et al.

**Counsel:**
**Plf:** Jeffrey L. Karlin            **Def:** Harmeet K. Dhillon

**Outcome of Settlement Conference:**

| | |
|---|---|
| _____ | Settled |
| _____ | Partial settlement |
| _____ | Did not settle |
| ___X___ | Other – See Notes below |

**Notes:** Court conducted a conference call in response to parties' joint confidential letter of 3/20/2008 and Plaintiff's confidential letter of 3/24/2008.

**Time:** 45 minutes

/s/
Leni Doyle, Deputy Clerk

cc: EMC, PJH